1422

*Thursday, December 30, 1993*

## MOTION DOCKET

**93–2535.** State ex rel. Sciulli v. Cuyahoga Cty. Court of Appeals. In Mandamus and Prohibition. This cause originated in this court on the filing of a complaint for writs of mandamus and prohibition. Upon consideration of the motion of David A. and Joyce S. Kaufman to intervene as respondents,

IT IS ORDERED by the court that the motion to intervene be, and the same is hereby, granted.

F.E. SWEENEY, J., dissents.

Upon consideration of the motion of intervenors, David A. and Joyce S. Kaufman, for immediate reconsideration of the alternative writ granted by this court on December 22, 1993,

IT IS ORDERED by the court that the motion for reconsideration be, and the same is hereby, denied.

RESNICK and PFEIFER, JJ., dissent.

*Wednesday, January 5, 1994*

## MERIT DOCKET

**93–2596.** State ex rel. Jaynes v. Ohio Dept. of Rehab. On motion for injunctive relief. *Sua sponte*, cause dismissed.

DOUGLAS, WRIGHT, RESNICK and PFEIFER, JJ., concur.

MOYER, C.J., A.W. SWEENEY and F.E. SWEENEY, JJ., would deny the motion.

## MOTION DOCKET

**86–512.** State v. Byrd. *Hamilton County*, No. C–830676. On motion for stay. Motion denied.

WRIGHT, J., dissents.

**87–243.** State v. Poindexter. *Hamilton County*, No. C–850394. On motion for stay. Motion denied.

WRIGHT, J., dissents.

**87–447.** State v. Henderson. *Hamilton County*, No. C–850557. On motion for stay. Motion denied.

WRIGHT, J., dissents.

**88–1079.** State v. Hicks. *Hamilton County*, No. C–860173. On motion for stay. Motion denied.

WRIGHT, J., dissents.

**88–1286.** State v. Jamison. *Hamilton County*, No. C–850753. On motion for stay. Motion denied.

WRIGHT, J., dissents.

**92–2299.** Hamilton Cty. Order of Eastern Star Homes, Inc. v. Limbach. Board of Tax Appeals, No. 90–M–404. On joint motion to remand to implement settlement. Motion granted.

**93–2040.** Mayfield Hts. v. Nozik. *Cuyahoga County*, No. 64360. On motion to reconsider denial of motion for stay. Motion denied.

A.W. SWEENEY, DOUGLAS and WRIGHT, JJ., dissent.